Dennis M Friedt          Judges SPW-KLD
AO: 3015408                              March 6th      2023
700 Conley Lake Road
Deer Lodge, MT 59722     Cause NO: 1:22-cv-00038 SPW-KLD.

Dennis M Friedt                    MOTION
      Plaintiff             Request of The Court to move
   vs.                      a Amended Complaint of my
                            Constitution Amendment Rights
1st Judicial District Court, Lower District Court 1st Judicial
Lewis and Clark County,     Lewis and Clark County.
      Defendant.

To: Clerk, Gilman or Gesh,
RE: 1:22-cv-00038 S.P.W.-KLD.

Comes now I, Dennis Martin Friedt hereby request of this court to Amend this 42:1983 of Constitutional Amendment rights. I Filed a Constitutional Statute of Authority challenge 5.1 of Federal Rules of Procedure 2021 Edition in the Case Law Brown v. Giantonte. The statute

(2)

was § 46-18-201 (3)(a)(iv)(A) or (3)(d) of the M.C.A. Compilers annotated code Book 2022. Plus § 46-11-201 Leave to File information to determine if a crime has been committed to charge defendant was it ever Filed in District Court?

¶(i)    § 46-18-201. A D.O.C. Sentencing statute.

In Friedts orginal sentencing Judgement for Felony DUI in Dawson County and Richland County Judges, Katherine Bidegary and Judge Siminton (now deceased) may he rest in peace. These Judges combined Both DUI's and Found kindness on Friedt to send him to Rehab Prison at Watch East in Glendive. Which Friedt is for ever gratefull. The Point is in St. v. Tracy, 2005 MT 128 when Mike McGarth was Attorney General he. Backed this case on sentencing Friedt's orginal case

(3)

Take's control over the second sentence DC-17-1111 in punishment and length of years on a D.O.C. sentence. Friedt was on his suspended time when Judge Donald L. Harris Sentenced Friedt on DC-17-1111 a sexual crime of 4-Counts. A sex crime is 20 years according to Statute. The D.A Sent a Email to a Public defender Greg Paskell telling him she would not charge Friedt with the child sexual Assaults see Appendix. She never mentioned any Parole restriction or S.O.P.1 class. In state v Knapp 2022 MT 35N see Appendix — It tells what Authority a District Judge has, He or she cannot order Parole Restrictions on a DOC sentence or t Tier Level Designation or order sex class's.

4.

And if that case was only mean't for one person Then it becomes a Discrimination issue, I presume it violates Equal Protection of the law. After all I am illeterate in knowing the law, but Learning as we go.

¶2.      The Point of Amendment

DC-13-108 The orginal Sentence has priority over DC-17-1111 and The Judge Knew I was on probation on DC-13-108. Judge Bidegary Did "<u>NOT</u>" "<u>REVOCATE</u>" my case or add a "<u>P.F.O</u>" to it. Instead she let it continue to run giving DC-13-108 Statutory Authority over DC 17-1111 in the number of years to New Hired Judge Could give me to make a Statement to the Community of his Attitude Toward Alledged Sexual Assaults

5.

in my case, to boost his standing's For Re-Election in the Community. In laymans terms I was to be his Poster Conviction. First case to make a statement to our Community.

¶(3.)  Constitutional Statute Challenge Rule 5.1 APP.P.R/4(4) Case Law Brown v. Gianforte 2021 MT 149 Second Sentence Appendix (C) the language says Friedt is committed to Montana State Prison "UNDER" "§ 46-18-201" for Fifty Years 25 Suspended Sexual assault see., Exhibit A E-mail from D.A. to Fired Public Defender who never told the Court. She would not charge "Friedt" with "4 Counts" "Child Sexual Assaults" But Appendix 3. sentencing Judgement says different then Plea agreement IF there Had Been one. It was never

(6)

prepared on agreed upon with the Judge, or D.A. or Friedt and a attorney to represent Friedt. See, Exhibit B. 1 Information of what evidence there was or wasn't. A mention of a (b) 1 binding agreement that was never Drawn up. The Disagreement between which attorney I trusted, what test were and were not done. The lame explanation of D.N.A. Testing. No mention of preliminary hearing on 3.8. Evidence by D.A. Rule 3 of District Court Rules was used. The forensic § 46-10-202 that was done without the Judge or defendant present to defend and cross examine. Rule 3 is ex parte matters communication which suppose to be forbidden according to the 13th Judicial District Courts courtroom Rule Book. I have a copy of

(7)
Exhibit C ~~Affadavit of~~ Complaint signed by retired Judge with a rubber stamp. I met the Judge in clerks area in June of 2017 picking up my Divorce papers when Pedro told me he was retired Feb, 2017. He was bringing coffee and muffins to his wife. So this exhibit is illegal Plus the Forensic interview without myself and the Judge to be able to cross examine and Defend. This Judges I believe violates Due Process and Equal Protection of the law. Like I said I am illeterate to our laws.

1(A)        DC-13-108 vs. DC 17-1111

In Appendix A is a run down of my Orginal Sentence in the P.O.'s violation Report. Show my D.O.C. Sentence And Suspended time. Appendix C Show the Judge D---

8.

The revocation Petition and no P.F.O. Therefore giving DC-13-108 the original sentence Priority over DC-17-1111, of Sexual assault, 4 counts that Exhibit A said the D.A. would not charge defendant Friedt with. That being the case what did "Friedt" get charged with in DC 17-1111? Friedt filed Constitutional Challenge of statute for Sentencing and the Chief Justices of the Supreme Court E-mailed Judge Christopher David Abbott to make it a commencement of "INVALIDITY." "Dismissed", I Paid Cash for this Civil Rights Lawsuit and the Court Dismiss't without Due process is in my opinion, "THEFT, FRAUD, PERJURY in a Court of law. See, Appendix D. my Complaint, In Appendix (E) the Summons

(9)

Date 30 days later when Complaint and Summons was mailed together. Notice the scratching out of Civil No. DDV-721 signed and sealed by the clerks of Court. Appendix (G) Letter of notice telling me that DDV-2022-721 does not exsist But BDV 2022-721 does when Michael F McMahon Judge makes the Assumption of a Dismissed Case. Nov. 17 2022 The Assumption Oct 26th 2022 and then Sharon Knapp sends a affidavit of mailing of a Dismissed Case. 26 oct 2022. Magistrate and Judge I am no rocket scientist but Fraud is Fraud?!, Appendix's (G.1 and G.2) In Appendix (E) Brown v. Gianforte 2021 MT 149 the [Overview] stating I could challenge the Constitutionality of S.B. 170. [2]. § 46-18-201 is a 5 year commitment and the rest of my time suspended.

(10)

under U.S. Const. art. 1 §10 and Montana Const. art. 11 §31, in the priority of DC-13-108 controls DC 17-1111 in language and length of sentence of 4 counts to run "Concurrent" with DC-13-108. I should be on suspended time 6 month ago. Sept 17, 2022 at 7:30am.  Rule 14(4) Mont App P(W) Filing of declaratory Judgment I held Back from the Supreme Court so the Chief Justice did not Dismiss my challenge. Like He did anyway by means of Theft, Fraud, Perjury. The chief Justice told me in a Filing Dec 13, 2022 That "Quote" the Montana Legislation can change Federal Law without asking The NINTH Circuit or Congress. to make the rulings Applicable to fit the needs of his Court. Appendix D;) when I used APP BRD 1 Board of Pardons v. Allen 182 U.S. 369

11

Appendix (F) copies of certified Return receipts service the Court and the ATTORNEY General of Rule 5.1 Constitutional challenge of a statute.§46-18-201 to include §46-11-201 Leave to File information in order to issue warrant and charge with murder/rape/3 count sexual assault Appendix (D.) Cash paid for Civil Rights Lawsuit that was made Invalidity of Commencement of Proceedings by E-mail chief Justice McGarth I challenged him he stole my money not courts gratis's. Appendix (D.1) M.C.A §46-18-201(3)(a)(iv)(A) or (3)(d) the D.O.C. Sentencing Statute. Appendix (D.2.) Headnotes of St. v. Tracy 2005 MT 128. Appendix (P) is case law North Carolina v. Pearce, 395 U.S 711 (1969) Appendix .5 McDonald v. Jacobsen 2022 MT 160 the MT

12.

in Appendix (P.1) Rule 3 of the 13th Judicail District Courtroom Rules of Ex Parte Communications which was seen in Affidavit of Complaint with Pedro Hernandez rubber stomped signature. Ladies I believe this is a Constitutional Amendment Violate. In Appendix (C) P.21. All of this Head notes were violated. The Defamation Continue's notice's the victim Family members had requested. And the dealing's with Attorney's to protect my children. Appendix Breaking News Report. Double Jeopardy information App (F) pg 25 violated By 4 Counts of assault when E-mail dismissed all 4 counts in Exhibit A. dated Dec 4, 2017. In exhibit ATTY.1 Rule 5.1. Constitutional challenge of 2 statutes. §46-18-701 Sentencing Statute and §46-11-201 Leave to File information in order to charge for a crime signed by a District Court Judge.

13.

In Orginal [F] OP 22-0338 The Order on Rule 60(b) em the Court offering a chance for rehearing and denying it immediately, is this considered Due Process Judges?

9/6.          Direct Appeal Dismissed (*NO ATTORNEY*)

In Appendix Orginal [N] the order Nov 12, 2019 Dismissing the Direct Appeal without a attorney to represent, A 6th Amendment Violation. also Appendix(L) Ineffective assistance of Appellate Counsel. Please Look at Certificate of Service by Contracted attorney Brian C. Smith. who gave the responsibility to Chad Wright to represent me at the Direct Appeal. Since it is against statute for a defendant inmate to be present at the Hearing on the back Page of Appendix(N) Certificate of Service. Fried + Sued chadwright

15. The chief Justice for stealing money from me in a legitimate Civil Rights Law suit. And then he takes 2 District court Judges down with him to Committ the Conspiracy of Fraud and Perjury to intentionaly harm Friedt for using S.B.140 and it's Authority. When he did the dismissal he Lost the challenge by admission of Guilt.

¶(7)    Request THIS Court To order R.O.A. in DC17-1111 plus Court transcripts from Sept 17, 2017 to April 6th 2018 at 2:30pm. Or I move the court to unseal the record DC-17-1111 in the oral on speaker and the written on transcript. Or Protect my Constitutional Amendment Rights. Please.

Thank you cer
Dennis M. Friedt